**Exhibit A to the First Amended Complaint**

**Location:** Tucker, GA  **IP Address:** 45.19.2.145
**Total Works Infringed:** 39  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DBCC4A85E977E6FEBDDEA09E5FE012273F8A4669<br>File Hash:<br>8E7CA7F80616BAC496D16552E850E219190526D1A4B66C437CFCE554F9ED63C1 | 10/11/2024<br>23:45:01 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 2 | Info Hash: DE9C47A77259C37DB32AFB0507FAF741B5E13A6E<br>File Hash:<br>61DBABB03258C89E00D25C6653F610AFC867746A52E10F6195098496F4114F87 | 11/06/2024<br>21:08:56 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 3 | Info Hash: 802598E71F3F179FE3401E7FA95C3978BA2162C4<br>File Hash:<br>9395285678798CBC79B46CE856FE4AC897DDDF6774FE86167FE6AFD175E0D299 | 11/06/2024<br>21:02:23 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 4 | Info Hash: B5AC134B7F564F6A6F51F8FF60F35A9DBD6B7495<br>File Hash:<br>827CF3C1275418813D9B4E6C248BC81F697DE335FB21D654D8C551A5D5C1BA15 | 11/03/2024<br>18:14:25 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 5 | Info Hash: 31BD44884B5FA18595EF1307F00D981F3D161EA8<br>File Hash:<br>98D288567375A85AB05CB40C70AB30A092A4CF2534B700D7FDAE334E0702E3B9 | 11/03/2024<br>17:47:01 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 6 | Info Hash: FB528D4F9CA8ACC0757F43182330F7FC194E72FA<br>File Hash:<br>84C5AC137A4CD402422CACEDE6CC343B08DF23B0734E02D6F8DBF8EFCC2A2F47 | 10/30/2024<br>15:06:17 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 7 | Info Hash: FB71210EFD9090B19008511B4A177E9BFE168F16<br>File Hash:<br>1B0B0797481505703DA9EBAEFEED7AA58A2B4DA7791A3F2ACFD95D2EE93E5245 | 10/26/2024<br>10:36:02 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 8 | Info Hash: 0D076FCE12FD05ECF3DAA087E535B4728E7E0AA4<br>File Hash:<br>E64F73DDC1539B6DC0F0DEB57300517CED4C31C9CABDF1886A8215AB7DBD3A67 | 10/26/2024<br>09:09:54 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 9 | Info Hash: D9BF3199616E3B95051C99D73C06AFBA9BEBA52B<br>File Hash:<br>FC54A16B52DF7F0B21C60B860EC729ACD90DFE216E2BC0E282BB64DB79F516A6 | 10/26/2024<br>09:05:14 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 10 | Info Hash: 9870C7C48235FF5FF67D99567F4582AD4C87BCB9<br>File Hash:<br>2854F51B67A73AE01547DFD0E8B150213BB5B50C327983DAE5AB27F2C50F655B | 10/11/2024<br>21:40:26 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 11 | Info Hash: 15E031A25A265D4E1FD462CE1F7198472AFB7CF2<br>File Hash:<br>D5100D9E69E564A069D68102AD6F9885A50C8F7B6E8214D97A195D417EBAECA1 | 09/27/2024<br>14:40:26 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4A770A9BFD1A308E26E92E9C057CD70FCAE4E9D2<br>File Hash: DBB5E82C262323F96342CC220A886DFB02E22E79FEB44E2F79546FB275EEEDDF | 09/26/2024 05:03:35 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 13 | Info Hash: DA5602A41104B4F604EB7C12F8B1EAD8E249FEE9<br>File Hash: 48EAC865BE89B37D2D33893F44805A1328EA23077BEFCACD4BAB519A339E78B7 | 07/14/2024 02:54:18 | Tushy | 07/07/2024 | 07/15/2024 | PA0002480668 |
| 14 | Info Hash: BCC7DAC9F990BEFE2B4021390F60743AC6BC2881<br>File Hash: 523643B60B5876A99911753176B65867A98CB45118231CA27D30B6207EF71EC7 | 07/13/2024 19:12:40 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 15 | Info Hash: 9B2218E460923748F9381D9ABA4781958664BF14<br>File Hash: CC96346A4F7A02243E4887C645B9BB3CE9CC5E2868A3EA8B39C2E55C99010F39 | 07/13/2024 19:12:36 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 16 | Info Hash: 241F935EF2A1F92F2938F5C180040103B38D1D5A<br>File Hash: 9FF342A967603940B64E4F2671FF3BD1D2F3C737BF466259D63A330CFFD86C16 | 06/02/2024 16:29:34 | Vixen | 04/12/2024 | 05/09/2024 | PA0002470236 |
| 17 | Info Hash: BF3B399743FECF0CC55AC55282A5E1BAD4DAD1F6<br>File Hash: D0E3D137C4227519A6D713C9C2301E4C6B10CA31E7588C74D0C73A8B82597D2D | 12/29/2023 18:00:15 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 18 | Info Hash: 1BB924407938E298D6343F2A355B15420FBE96E9<br>File Hash: B258468ADCCC6724E65B9BE25CC4F92063B4DC29AD81DEB9C6153327E20429F1 | 12/29/2023 17:33:29 | Slayed | 04/11/2023 | 06/09/2023 | PA0002415744 |
| 19 | Info Hash: E29E4A91EF5EE54E81964E1628736DB2C19208A7<br>File Hash: 126E4C7F2F5F9085461F109CEA2C8FE43BA036F1DA8BE7DD608012770DDF5A6B | 12/29/2023 17:27:29 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 20 | Info Hash: AD681C25A54E0DBB2690E407166F3F7EF1763D09<br>File Hash: 9341BAD0A934876AA5E217EB6DBA6164D87BE97AB1722B41C5B4994792C8DBED | 12/29/2023 13:52:28 | Tushy | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 21 | Info Hash: D8811D7880B3D345FDDE64A2CA5E4875EA261BFE<br>File Hash: 358EA41B2C81C13EA5A4DDA02D281FB89CAB54FBC5093CF3565FD077285B127B | 10/17/2023 01:31:14 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 22 | Info Hash: 5C2E9FF800723266C7C1A2AE374A2DAF41F05F50<br>File Hash: 273DF38F206420186911C8F5454EB404C1C39524ABB4AC2D5A986E9A16654650 | 10/16/2023 20:20:22 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 23 | Info Hash: B95D46BEC06B5D02C7B91CB29B1976ADAB64E03F<br>File Hash: CE387440F554767F58CC0BCE4BC937106C2A8CA6A85CD63E470C2893CBE49B47 | 07/24/2023 11:44:01 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8D6B2A4FA654BA27C275C4E7EA736313A4450906<br>File Hash: 7E097A5958EEEDEC326D9C323893A0DA78BB486E3954E2B0395A2E04293A7C7D | 07/16/2023 21:09:22 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 25 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05/17/2023 16:52:09 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 26 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash: F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05/17/2023 16:49:59 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |
| 27 | Info Hash: 1A8FB3B7AD1EA10A69B395CDB6D9953E539B6FAB<br>File Hash: 72BA296E87215BD12BAC75D9320DAC1BD3B7A9180C07C13A889AD89C0616477F | 05/12/2023 02:43:38 | Tushy | 05/07/2023 | 05/14/2023 | PA0002411294 |
| 28 | Info Hash: 45EAD6B0B3012697687F5F070DD326B822B71C15<br>File Hash: 74DDF25EF431EA6DEB7960975BDBCB50883D73E0E2D842434E56A9018DC40C92 | 04/01/2023 17:38:03 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 29 | Info Hash: 8EB2EDAA8840E976F99A8F2CAFD9CD75A1E71C8B<br>File Hash: 362579F131D2AC4FF784F2EAF0229469C2C9C437533951FB03ADEAC926A0A7B2 | 01/20/2023 12:26:00 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 30 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash: 8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01/05/2023 15:02:37 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 31 | Info Hash: 1BCA28F670A68A125751AFE39EB75D4DBB40604D<br>File Hash: 64ADEC57ABFADD4767708E5CE36548E72858D64704D9DF8E6F0397EA4F0110BB | 11/24/2022 01:44:59 | Slayed | 05/10/2022 | 06/09/2022 | PA0002361671 |
| 32 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash: B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 09/28/2022 17:52:40 | Vixen | 09/23/2022 | 10/05/2022 | PA0002373763 |
| 33 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08/08/2022 18:55:02 | Blacked | 08/06/2022 | 08/29/2022 | PA0002367714 |
| 34 | Info Hash: 9B467A1CF085146D51BF102BF0209E3C8891EB07<br>File Hash: 0EBCE8440AF533208EBAA3D9402FA53083406530B3740828E0131A1EB6DAE235 | 06/16/2022 22:05:38 | Tushy | 03/27/2022 | 04/23/2022 | PA0002346427 |
| 35 | Info Hash: 9EB9F45069E6C796D7E8F447695FCE6FFCAB52FC<br>File Hash: 6D18B4D4E0AB5B1E5FA3D79B85F98F7EC543137D4A7D53571CFA7F37B074F076 | 06/09/2022 02:24:03 | Tushy | 06/05/2022 | 06/27/2022 | PA0002355037 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 36BE1A364BF532C93727010851D612AFD830D055<br>File Hash: 4442AA5A948CBBEAC93F362F9B396052DD091CAAB7E6F2AA9F92D6A284DDD384 | 04/08/2022 21:23:44 | Tushy | 04/03/2022 | 04/21/2022 | PA0002353478 |
| 37 | Info Hash: 51F9EFE93A4D9A868005F2279F8C8DD395033FD5<br>File Hash: BD3C76C94E7FAB473B99B27FEBC86B3D0AE4E2B47374FD6C3353FD49E1EEA115 | 12/01/2021 22:06:04 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 38 | Info Hash: 2C5EBA0EAE36D113CA78081EEE4A9CF5AFB76C1E<br>File Hash: 8FACC16B5D640B6DCAC1FFBB1108EEC76D9A5DDEAFE67DDEC67B99FF6C56ABF0 | 11/29/2021 21:14:35 | Blacked Raw | 05/24/2021 | 06/24/2021 | PA0002303153 |
| 39 | Info Hash: E94CEDB011BF36E0EB96F9355A53FF4AC41523D3<br>File Hash: 45CD6486F86561208074BBE1986A9FB2FE1F08EC03AF0D09E684B7754E133CE1 | 11/29/2021 20:32:27 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |