**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>    Plaintiff,<br>                            v.<br>JOHN DOE subscriber assigned IP address 71.59.3.125,<br>    Defendant. | Civil Action No.<br>1:23-cv-02096-SDG |
| JOHN DOE subscriber assigned IP address 45.19.2.145,<br>    Defendant. | Civil Action No.<br>1:24-cv-04893-SDG |

**ORDER**

This matter is before the Court on Plaintiff Strike 3 Holdings, LLC's (Strike 3) motion to seal.[1] The facts underpinning Strike 3's related cases are essentially the same. Strike 3 owns a library of adult motion pictures, some of which Defendants—including John Doe subscriber assigned IP address 45.19.2.145 (Doe)—allegedly copied and reproduced, infringing on Strike 3's copyrights.[2] Strike 3 maintains that Doe infringed on "39 movies over an extended period of time."[3] Although Strike 3 has identified Doe and filed an amended complaint in which the identifying information has been redacted,[4] it seeks leave to file the

---

[1]   Case No. 1:23-cv-02096-SDG (Case 2096), ECF 436.

[2]   *Id.*, ECF 434, ¶¶ 1–4.

[3]   *Id.* ¶ 4.

[4]   *Id.*, ECF 434.

unredacted pleading under seal, and an order sealing the summons (which must contain Doe's name and address) and eventual proof of service, to "avoid embarrassment to defendant[ ]."[5] Because Doe has not yet been served and cannot seek to protect his own privacy interests at this point, the Court believes that the sealing Strike 3 seeks is appropriate at this stage.

The Clerk is **DIRECTED** to **REOPEN** Case No. 1:24-cv-04893-SDG. Strike 3's motion to file under seal [Case 2096, ECF 436] is **GRANTED**. The unredacted amended complaint [*id.*, ECF 435] and proposed summons [*id.*, ECF 435-2] shall remain under provisional seal. The Clerk's office shall issue the summons [ECF 435-2] but file it under seal. The Clerk's office is **DIRECTED** to docket ECFs 434 to 436 from the lead case into Case No. 1:24-cv-04893-SDG.

When effecting service on Doe, Strike 3 is **ORDERED** to include a copy of this Order with the service package. Strike 3 shall file the proof of service under provisional seal. **Within 30 days after service, Doe may move the Court to enter a protective order permitting him to proceed in this litigation under the pseudonym "Defendant 45.19.2.145."**

---

[5]   *Id.*, ECF 436, ¶ 8.

**If Doe declines to seek such relief, the Court shall dissolve the provisional sealing.**

**SO ORDERED** this 10th day of March, 2025.

                                                  Steven D. Grimberg
                                           United States District Judge