IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § § | CONSOLIDATED CASE NO. 1:23-cv-02096-SDG |
| JOHN DOE, subscriber assigned IP address 71.59.3.125, | § § § | |
| Defendant. | § § | |
| JOHN DOE, subscriber assigned IP address 45.19.2.145, | § § | Civil Case No. 1:24-cv-04893-SDG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF CASE NO. 1:24-cv-04893-SDG
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 45.19.2.145, Case No. 1:24-cv-04893-SDG, are voluntarily dismissed with prejudice.

Dated: June 24, 2025          Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com

*Counsel for Plaintiff*
Jeremy J. Thompson, Esq.
The Law Offices of Jeremy J. Thompson, PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
952-952-1883
Fax: 494-481-3957
E-mail: Jeremy @thompson.law
*Counsel for Plaintiff*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that June 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ Richard A. Rice, Jr.*